# Court of Appeals
# of the State of Georgia

ATLANTA,   November 06, 2015

*The Court of Appeals hereby passes the following order:*

## A16A0311.   MARY H. SCHRODER v. WESTCHESTER WILTSHIRE CONDO. ASSOC.

Mary Schroder has filed a notice of direct appeal from the trial court's order granting Westchester Wiltshire Condominium Association's motion for a temporary restraining order ("TRO"). She also has filed several amended notices of appeal, each seeking redress with respect to several events which, she alleges, occurred as a result of the TRO and various issues surrounding it.

An appeal from the grant of a TRO must also be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (9). In this case, Schroder has not complied with the discretionary appeal procedure. Moreover, a notice of appeal must be filed within 30 days after entry of an appealable order to confer jurisdiction upon this court. OCGA § 5-6-38 (a). Several of Schroder's amended notices of appeal fail to identify an appealable order.

Schroder's failure to follow the proper procedures deprives this Court of jurisdiction to consider this appeal, which is accordingly DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,____11/06/2015____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*